**Fill in this information to identify the case:**

Debtor 1: Ronald L Butzlaff

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: District of Vermont

Case number: 14-10258

Official Form 410S1

# Notice of Mortgage Payment Change                                          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association et al

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 2 8 9 1

**Date of payment change:** 12/01/2018
Must be at least 21 days after date of this notice

**New total payment:** $ 1,819.10
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____     New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 4.75 %     New interest rate: 4.875 %

   Current principal and interest payment: $ 1,255.56     New principal and interest payment: $ 1,267.75

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

| Debtor 1 | Ronald L Butzlaff | | | Case number *(if known)* 14-10258 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Adam J. Garcia
Signature

Date 09/22/2017

Print: Adam         J.         Garcia
       First Name   Middle Name   Last Name

Title: Bankruptcy Asset Manager

Company: SN Servicing Corporation

Address: 323 5th Street
         Number    Street

Eureka                                CA      95501
City                                  State   ZIP Code

Contact phone 800-603-0836

Email bknotices@snsc.com

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

October 9, 2018

SEAN R KELLY
46 RIDGEWOOD DR
BURLINGTON VT 054082624

**RE: Loan Number:** [REDACTED]

## Subsequent Interest Rate Adjustment Notice

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. SN SERVICING CORPORATION, THEIR EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED BY US WILL BE USED FOR THAT PURPOSE. TO THE EXTENT THAT YOU MAY HAVE RECEIVED A DISCHARGE IN BANKRUPTCY THIS COMMUNICATION SHOULD NOT BE CONSTRUED AS INTENT TO SUBJECT YOU TO PERSONAL LIABILITY FOR THE DISCHARGED DEBT.

### Changes to Your Mortgage Interest Rate and Payments on November 1, 2018

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 6 month period during which your interest rate stayed the same. That period ends on November 1, 2018, so on that date your interest rate and mortgage payment change. After that, your interest rate may change every 6 months for the rest of your loan term.

| | Current Rate and Monthly Payment | New Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 4.75% | 4.875% |
| Total Monthly Payment | $1,806.91 | $1,819.10 (due December 1, 2018) |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin." Under your loan agreement, your index rate is the 1st B.Day-6 Mo WSJ LIBOR and your margin is 2.25%. The 1st B.Day-6 Mo WSJ LIBOR index is published Monthly in The Wall Street Journal. The index rate plus margin will be rounded to the nearest 0.125%.
**Rate Limits:** Your rate cannot go higher than 10.875%, or lower than 2.25% over the life of the loan. Your rate can increase every 6 months by no more than 1.00%. Your rate can decrease every 6 months by no more than 1.00%.
**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. These amounts are based on the 1st B.Day-6 Mo WSJ LIBOR index, your margin, your loan balance of $182,068.66, and your remaining loan term of 216 months.
**Prepayment Penalty:** None
Please continue to mail your payments as previously directed. The title and telephone number of a person who will answer any question you may have regarding this notice is:

Name: Adam Garcia
Title: Asset Manager
Toll Free Number: (800) 603-0836, ext: 2628

*If your account is not contractually current, the new payment amount will not go into effect until your loan is due for 12/01/2018.

**The index value used is the published value, as of the effective date stated on your Note, in the printed edition of the Wall Street Journal.

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 27180)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottilaw.com

Attorney for Creditor
MTGLQ Investors, LP

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT - RUTLAND DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 14-10258 |
| Ronald L. Butzlaff, | CHAPTER 13 |
| Debtors. | **CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On October 15, 2018 I served the following documents described as:

- **NOTICE OF MORTGAGE PAYMENT CHANGE**

1
CERTIFICATE OF SERVICE

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Ronald L Butzlaff<br>3351 Wallace Hill Road<br>Wells River, VT 05081<br><br>**Trustee**<br>Jan M. Sensenich<br>P.O. Box 1326<br>Norwich, VT 05055 | **Debtor's Counsel**<br>Raymond J Obuchowski<br>PO Box 60<br>1542 Vt. Rt. 107<br>Bethel, VT 05032-0060<br><br>**U.S. Trustee**<br>U S Trustee<br>74 Chapel St, Ste 200<br>Albany, NY 12207-2190 |
|---|---|

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed on October 15, 2018 at Santa Ana, California

/*s / Lauren Simonton*
Lauren Simonton

2
CERTIFICATE OF SERVICE