B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Vermont

In re ___Ronald L Butzlaff  dba The Gargoyle House___,    Case No. __14-10258__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust | US Bank Trust National Association as Trustee of Chalet Series III Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 c/o SN Servicing Corporation
 323 Fifth Street
 Eureka, CA 95501

Phone: __800-603-0836__
Last Four Digits of Acct #: __2891__

Court Claim # (if known): __2-1__
Amount of Claim: __$270,226.76__
Date Claim Filed: __07/15/2014__

Phone: _____
Last Four Digits of Acct. #: __2891__

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_    Date: __4/25/19__
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



*Corporate Office*
11351 Pearl Rd., Suite 300
Strongsville, OH 44136
(440) 572-1511

*Southern Ohio Office*
394 Wards Corner Rd., Suite 180
Loveland, OH 45140
(513) 444-4100

*Illinois Office*
1415 West 22nd Street, Tower Floor
Oak Brook, IL 60523
(312) 883-2810

# SOTTILE & BARILE
## ATTORNEYS AT LAW

D. Anthony Sottile [1,2,3]
Franco M. Barile [1,4]
Jon Lieberman [1,2,4]
Michael J. Lubes [1]
David W. Cliffe [1,2,4]
Molly Simons [1,2]
Karl V. Meyer [5]
Michelle D. Heinz [1]
Mary E. Spitz [5]

(1)-Ohio, (2)-Kentucky, (3)-Indiana,
(4)-Michigan, (5)-Illinois

www.sottileandbarile.com

April 25, 2019

United States Bankruptcy Court
PO Box 1663
Burlington, VT 05402-1663

To whom it may concern:

Please see the enclosed executed Transfer of Claim is being sent to your office for filing in bankruptcy case 14-10258

Please send a file-stamped copy to me by using the enclosed SASE.

Should there be any questions, please don't hesitate to contact me at 513-444-4100. Thank you for your time.

Sincerely yours,

Nate M. Huitger, Paralegal

Enc.