2100 B (12/15)

# United States Bankruptcy Court

District of Vermont
Case No. 14-10258
Chapter 13

In re: Debtor(s) (including Name and Address)

Ronald L Butzlaff
3351 Wallace Hill Road
Wells River VT 05081

## NOTICE OF TRANSFER OF CLAIM

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 04/30/2019.

Name and Address of Alleged Transferor(s):

Claim No. 2: Chalet Series III Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501

Name and Address of Transferee:

U.S. Bank Trust National Association, as
Trustee of the Tiki Series III Trust
c/o SN Servicing COrporation
323 Fifth Street
Eureka, CA 95501

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/02/19

Jeffrey S. Eaton
**CLERK OF THE COURT**

United States Bankruptcy Court
District of Vermont

In re:
Ronald L Butzlaff
            Debtor

Case No. 14-10258-cab
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0210-5          User: sjl             Page 1 of 1        Date Rcvd: Apr 30, 2019
                             Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2019.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
834767         +E-mail/Text: bknotices@snsc.com Apr 30 2019 20:12:45       Chalet Series III Trust,
                c/o SN Servicing Corporation,    323 5th Street,    Eureka, CA 95501-0305
                                                                                         TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                          Signature:  /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2019 at the address(es) listed below:
            Andrew S Cannella   on behalf of Creditor   US Bank, National Association as Trustee for the RMAC
            Trust, Series 2013-1T bkecf@bmpc-law.com
            Andrew S Cannella   on behalf of Creditor   MTGLQ Investors, LP bkecf@bmpc-law.com
            Andrew S Cannella   on behalf of Creditor   US Bank, National Association, not in its individual
            capacity, but solely as Trustee for the RMAC Trust, Series 2013-1T bkecf@bmpc-law.com
            Grant C. Rees    on behalf of Creditor   US Bank, National Association, not in its individual
            capacity, but solely as Trustee for the RMAC Trust, Series 2013-1T grantrees@greenvt.net,
            donhayes@greenvt.net
            Grant C. Rees    on behalf of Creditor   Rushmore Loan Management Services, LLC
            grantrees@greenvt.net,  donhayes@greenvt.net
            Jan M. Sensenich    jansensenich@vermont13trustee.com,
            jodyb@vermont13trustee.com/dsensenich@vermont13trustee.com;margaretk@vermont13trustee.com;vermont
            13trustee@gmail.com
            Jan M. Sensenich    on behalf of Trustee Jan M. Sensenich jans@13trusteedvt.com,
            jodyb@vermont13trustee.com/dsensenich@vermont13trustee.com;margaretk@vermont13trustee.com;vermont
            13trustee@gmail.com
            Joshua B. Lobe   on behalf of Creditor   Rushmore Loan Management Services, LLC joshbk@greenvt.net
            Joshua B. Lobe   on behalf of Creditor   US Bank, National Association, not in its individual
            capacity, but solely as Trustee for the RMAC Trust, Series 2013-1T joshbk@greenvt.net
            Michelle Kainen, Staff Attorney for Jan Sensenich, Chapter 13 Trustee   on behalf of Trustee Jan
            M. Sensenich MichelleKainen@vermont13trustee.com
            Raymond J Obuchowski   on behalf of Debtor Ronald L Butzlaff ray@oeblaw.com,
            marie@oeblaw.com;brian@oeblaw.com;G18313@notify.cincompass.com
            U S Trustee   ustpregion02.vt.ecf@usdoj.gov
                                                                                TOTAL: 12